IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:04-CR-56-1H
No. 4:07-CV-185-H

SCOTTIE WHITAKER,               )
                                )
     Petitioner,                )
                                )
                                )
     v.                         )            ORDER
                                )
                                )
UNITED STATES OF AMERICA,       )
                                )
     Respondent.                )


On November 18, 2010, an order was entered granting the

government's motion to dismiss petitioner's motion to vacate his

sentence brought pursuant to 28 U.S.C. § 2255.  On November 29, 2010,

this court entered an order denying a motion for certificate of

appealability.  Currently before the court is petitioner's motion

for a certificate of appealability filed January 25, 2011.  Having

reviewed petitioner's motion, the court finds no reason to alter its

prior order, and the motion for certificate of appealability [DE

#160] is DENIED.

This _5TH_ day of April 2011.


                              _____
                              Malcolm J. Howard
                              Senior United States District Judge

At Greenville, NC
#26