IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:04-CR-56-1H

UNITED STATES OF AMERICA    )
                            )
                            )
        v.                  )
                            )
                            )          **ORDER**
                            )
SCOTTIE L. WHITAKER,        )

This matter is before the court on defendant's motion seeking the court to reverse its restitution order in this matter [DE #215] as well as a letter from defendant inquiring as to the status of this motion [DE #216]. The court has reviewed these filings and finds them to be without merit. Restitution was properly ordered at the time of sentencing and was incorporated into the judgment. Therefore, the motion [DE #215] is DENIED.

This $10^{7t}$ day of June 2015.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26