```
IN THE UNITED STATES DISTRICT COURT
    FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                 EASTERN DIVISION
                 NO. 4:04-CR-56-1H
```

UNITED STATES OF AMERICA, )
)
v.   )
)      **ORDER**
)
SCOTTIE L. WHITAKER.       )

This matter is before the court on defendant's motion for a Writ of Audita Querela [de #225].

The court has carefully reviewed defendant's motion, as well as the record in this matter, and finds the motion to be without merit. Defendant previously filed a motion on these same grounds, which this court found to be a successive § 2255 motion and instructed defendant to seek authorization from the Fourth Circuit. Defendant has not shown that he sought such authorization or that a writ of audita querela is the proper method. Therefore, the motion [DE #225] is DENIED.

This 10th day of December 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26